

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2021

No. 04-21-00442-CV

**IN THE INTEREST OF M.K.T.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02181
Honorable Martha Tanner, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief originally was due to be filed on November 22, 2021. Neither the brief nor a motion for extension of time has been filed.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal must be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*. Appellant filed a notice of appeal on October 12, 2021. It is therefore ORDERED that appellant's retained appellate attorney, Ms. Judith A. Laughlin, file appellant's brief in this appeal **no later than December 13, 2021**.

If the brief is not filed by such date, this appeal will be DISMISSED. *See* TEX. R. APP. P. 42.3(b), (c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court